UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDERICK J. TUNSON (#293243)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL

CIVIL ACTION

NO.  08-508-C

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is

dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) (i) and 42 U.S.C. §

1997e(e).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September  *17*  , 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA